UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL ) | |
| UNION NO. 474 HEALTH AND ) | |
| WELFARE FUND, et al. ) | |
| ) | |
| v. ) | NO. 3:13-0812 |
| ) | JUDGE CAMPBELL |
| JOHNSON PARTNERS, INC. ) | |

ORDER

The hearing scheduled for March 4, 2014, at 1:00 p.m. is RESCHEDULED for March 4, 2014, at 10:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE