UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OPERATING ENGINEERS LOCAL | ) | |
| UNION NO. 474 HEALTH AND | ) | |
| WELFARE FUND, et al. | ) | |
| | ) | |
| v. | ) | NO. 3:13-0812 |
| | ) | JUDGE CAMPBELL |
| JOHNSON PARTNERS, INC. | ) | |

ORDER

Pending before the Court is Plaintiffs' Motion to Cancel Show Cause Hearing (Docket No. 27). The Motion is GRANTED and the hearing scheduled for March 4, 2014, is CANCELLED.

Plaintiffs shall file a notice with the Court by April 7, 2014 indicating the status of the case and whether they intend to proceed.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE